RECEIVED
AUG 1 8 2005
ROBERT H. _____ CLERK
WESTERN D__ __ OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| FRANK GUILLORY, SR. | CIVIL ACTION NO. 99-1352 |
| VERSUS | JUDGE HAIK |
| WARDEN, BURL CAIN | MAGISTRATE JUDGE METHVIN |

## J U D G M E N T

This matter was referred to United States Magistrate Judge Mildred E. Methvin for Report and Recommendation. After an independent review of the record, the applicable jurisprudence, and the objections filed by the parties, this Court concludes that the Report and Recommendation of the magistrate judge is correct and this Court adopts the conclusions set forth therein.

Accordingly, IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Frank Guillory's claims that he was denied due process and equal protection due to the method of selection of the grand jury foreperson in St. Landry Parish are **DENIED AND DISMISSED WITH PREJUDICE.**

Lafayette, Louisiana this 18th day of August, 2005.

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE