RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 4/13/09
CA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| FRANK GUILLORY, SR. | CIVIL ACTION NO. 99-1352 |
| VERSUS | JUDGE HAIK |
| WARDEN, BURL CAIN | MAGISTRATE JUDGE METHVIN |

### ORDER

Considering the foregoing,

IT IS HEREBY ORDERED that a certificate of appealability shall issue pursuant to 28 U.S.C. § 2253(c) and Federal Rules of Appellate Procedure Rule 22(b) on the following issue for which petitioner has made a substantial showing of the denial of a constitutional right: whether the petitioner's rights to due process and equal protection were violated as a result of discrimination on the basis of race in the selection of the grand jury that indicted him.

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana on this 13th day of April, 2009.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE